```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/24/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NDF1, LLC.,

                 Plaintiff,

-against-

SALEHA ISLAM; CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD; CITY OF NEW YORK DEPARTMENT OF PARKING VIOLATIONS BUREAU; "JOHN DOE" and "JANE DOE," the last two names being fictitious, said parties intended being tenants or occupants, if any, having or claiming an interest in, or lien upon, the premises described in the complaint,

                 Defendants.

22 Civ. 9781 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On November 22, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by January 23, 2023. ECF No. 4. That submission is now overdue. Accordingly, by **February 7, 2023**, the parties shall submit their joint letter and proposed case management plan.

      SO ORDERED.

Dated: January 24, 2023
       New York, New York

                                               ANALISA TORRES
                                      United States District Judge